IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| WESTWOOD ONE, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 1:21-cv-00088 ) |
| LOCAL RADIO NETWORKS, LLC | ) ) ) |
| Defendant. | ) ) ) |

**DEFENDANT LOCAL RADIO NETWORKS, LLC'S REQUEST
FOR ORAL ARGUMENT ON ITS RULE 12 MOTION TO DISMISS**

Defendant Local Radio Networks, LLC respectfully requests oral argument on its Rule 12(c) Motion to Dismiss.

It estimates that argument would take 30 minutes total for both sides to present argument.

Oral argument is necessary to address in detail why the representative claims of the two patents at issue are abstract and do not constitute patent eligible subject matter.

35 U.S.C. 101 under which this Rule 12 Motion is brought is the gateway to the Patent Act. "The obligation to determine what type of discovery is sought to be patented" so as to determine whether it falls within the ambit of Section 101 "must precede the determination of whether that discovery is, in fact, new or obvious." *Parker v. Flook*, 437 U.S. 584, 593 (1978). The subject matter inquiry under this Rule 12 Motion is the primal inquiry, one that must be addressed at the outset of litigation. *In Re Comiskey*, 554 F.3d 967, 973 (Fed. Cir. 2009).

1

Date:   July 27, 2021                    Respectfully submitted,

/s/ Daniel P. Albers
Daniel P. Albers
Barnes & Thornburg LLP
One N. Wacker Drive
Suite 4400
Chicago, IL 60606-2833
Telephone: (312) 214-8311
Email: daniel.albers@btlaw.com
*Counsel for Defendant*

Date:   July 27, 2021                    Respectfully submitted,

/s/ Mark A. Hagedorn
Mark A. Hagedorn
Barnes & Thornburg LLP
One N. Wacker Drive
Suite 4400
Chicago, IL 60606-2833
Telephone: (312) 214-4808
Email: mark.hagedorn@btlaw.com
*Counsel for Defendant*

Date:   July 27, 2021                    Respectfully submitted,

/s/ Michael J. Caywood
Michael J. Caywood (#22789-44)
HAASCAYWOOD PC
21 West Chicago Street
Coldwater, Michigan 49036
Telephone: (517) 278-4410
Facsimile: (269) 651-3261
Email: mike@haascaywood.com
*Co-Counsel for Defendant*

The undersigned hereby certifies that on July 27, 2021, I electronically filed the foregoing Defendant Local Radio Networks, LLC's Request for Oral Argument on Its Rule 12 Motion to Dismiss with the Clerk of the Court using the CM/ECF system which sent notifications of such filing to all counsel of record registered to receive same.

Jonathan Berschadsky, Esq.
MERCHANT & GOULD P.C.
767 Third Avenue, 23rd Floor
New York, NY 10017
Email: jberschadsky@merchantgould.com

Heather Kliebenstein, Esq.
Peter Selness, Esq.
Rachel Zimmerman Scobie, Esq.
MERCHANT & GOULD P.C.
150 South Fifth Street, Suite 2200
Minneapolis, MN 55402
Emails: hkliebenstein@merchantgould.com
pselness@merchantgould.com
rscobie@merchantgould.com

William A. McKenna, Esq.
WOODARD EMHARDT
HENRY REEVES & WAGNER LLP
111 Monument Circle, Suite 3700
Indianapolis, IN 46204
Email: wmckenna@uspatent.com

Date:   July 27, 2021                              Respectfully submitted,


                                                   /s/ Michael J. Caywood
                                                   Michael J. Caywood (#22789-44)
                                                   HAASCAYWOOD PC
                                                   21 West Chicago Street
                                                   Coldwater, Michigan 49036
                                                   Telephone: (517) 278-4410
                                                   Facsimile: (269) 651-3261
                                                   Email: mike@haascaywood.com
                                                   *Co-Counsel for Defendant*